# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| VANCE MASCI,<br><br>                      Plaintiff,<br>v.<br><br>CDI NORTHWEST LLC, CDI MANAGEMENT CORP., MILWAUKEE CENTER FOR DIAGNOSTIC IMAGING LLC, and JOHN DOES 1 - 5,<br><br>                      Defendants. | Case No. 16-CV-1091-JPS<br><br>**ORDER** |

     This is a class action based on the alleged sending of "junk faxes" to Plaintiff and the class members. (Docket #1). No class has been certified, nor has any genuine motion for class certification been briefed or decided.[1] On May 16, 2017, the parties filed a joint stipulation of dismissal of the entire action, requesting that Plaintiff's individual claims be dismissed with prejudice, and the class members' claims without prejudice. (Docket #26). The Court will adopt that stipulation. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

     Accordingly,

     **IT IS ORDERED** that the parties' joint stipulation of dismissal (Docket #26) be and the same is hereby **ADOPTED**; Plaintiff's individual claims be and the same are hereby **DISMISSED with prejudice** and the

---

[1] Plaintiff filed a placeholder class certification motion pursuant to the Seventh Circuit's decision in *Damasco v. Clearwire Corp.*, 662 F.3d 891, 896 (7th Cir. 2011). (Docket #4). The motion was intended to be supplemented later after class discovery was complete. *Id.*

claims of the putative class members be and the same are hereby **DISMISSED without prejudice**.

**IT IS FURTHER ORDERED** that this action be and the same is hereby **DISMISSED**.

Dated at Milwaukee, Wisconsin, this 17th day of May, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Court